IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ALAIN DE BERNARDI; and<br>CURLIUSA, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK ZIMMERMAN; and<br>CURLI GMBH,<br><br>    Defendants. | * * * * * * * * * * * | CV 116-205 |

**ORDER**

Before the Court is Plaintiffs' unopposed motion for stay. (Doc. 15.) Upon due consideration, the motion (doc. 15) is **GRANTED**. All proceedings in this matter are hereby **STAYED** for **thirty (30) days** from the date of the entry of this Order. Any deadlines falling within the duration of this stay are hereby tolled during the pendency of this stay. Notwithstanding the foregoing, either party may apply to this Court before the end of thirty (30) days to lift the stay imposed hereby.

**ORDER ENTERED** at Augusta, Georgia this \_\_1ST\_\_ day of December, 2017.

_/s/ J. Randal Hall_
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA