IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ALAIN DE BERNARDI; and          *
CURLIUSA, LLC,                  *
                                *
        Plaintiffs,             *
                                *
        v.                      *          CV 116-205
                                *
MARK ZIMMERMAN; and             *
CURLI GMBH,                     *
                                *
        Defendants.             *

## O R D E R

Before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 18.) The stipulation is signed by all parties in the case. (Id.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia this *27th* day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA